IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE TYRONE TAYLOR, CAROLINE DELTORAL, and NATIVIDAD M. QUILLIN individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-01165-KES-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE SCHEDULING CONFERENCE AND RULE 16(B) AND 26(F) DEADLINES** |

Before the Court is the Parties' Joint Stipulation to Vacate Scheduling Conference and Rule 16(b) and 26(f) deadlines ("Stipulation"). The Court, having considered the Stipulation, and on good cause shown, hereby **GRANTS** the Parties' Stipulation and **ORDERS** as follows:

1. The January 15, 2025 Scheduling Conference is vacated until after the Court rules on the pending Motion to Dismiss and Amazon files an Answer; and
2. Any deadlines under Rules 16(b) and 26(f) are vacated until after Amazon files an Answer and will be based on the new hearing date for the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **December 23, 2024**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE